No. 89–6987. ANDRISANI *v.* SAUGUS COLONY LTD. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–6989. WILLIAMS *v.* O'LEARY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 89–6993. MCKESSOR *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 89–6994. MAYFIELD *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 89–6996. KLACSMANN *v.* KLACSMANN. C. A. 11th Cir. Certiorari denied.

No. 89–6998. ARCE *v.* BERBARY, SUPERINTENDENT, WYOMING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 89–7000. ROE *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 89–7011. WATSON ET AL. *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 89–7012. SHERRILLS *v.* WILSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–7013. LAWRENCE *v.* TEXAS EMPLOYMENT COMMISSION. Sup. Ct. Tex. Certiorari denied.

No. 89–7017. CASTILLO *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 89–7023. PIZANO *v.* UNITED STATES POSTAL SERVICE. C. A. 9th Cir. Certiorari denied.

No. 89–7026. FIXEL *v.* BRINKMAN, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 89–7029. BILLINI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.